IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FIRST NATIONAL BANK OF OMAHA,

    Plaintiff/Appellant,

v.

PHOUTHASONE SYSOUVANH,

    Defendant/Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-675-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the bankruptcy court's judgment in favor of appellee Phouthasone Sysouvanh is AFFIRMED and the case is REMANDED for an award of fees and costs.

| /s/ | 8/30/13 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |